IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GUTIERREZ,<br><br>    Plaintiff,<br><br>  v.<br><br>CHIEF E. FLORES, et al.,<br><br>    Defendants. | No. C 07-4923 RMW (PR)<br><br>ORDER CORRECTING ERRONEOUS FILING; INSTRUCTIONS TO CLERK |

    Plaintiff, proceeding pro se, filed the instant civil rights complaint pursuant to 42 U.S.C. § 1983 on September 21, 2007. Plaintiff filed an earlier civil rights action in this court on July 26, 2007, in case no. C 07-3834 RMW (PR). On the front page of the instant complaint, plaintiff lists the pending civil rights action case no. C 07-3834. It appears the instant complaint was mistakenly received and opened as a new case in this action. Because the instant case was opened erroneously, the clerk shall close the file and copy the complaint in the instant case (docket no. 1) and transfer this document to case no. C 07-3834 RMW (PR) as an "amended complaint." The court will review the merits of the amended complaint in case no. C 07-3834 RMW (PR) in a separate written order.

    IT IS SO ORDERED.

DATED:   10/1/2007

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order of Dismissal
P:\pro-se\sj.rmw\cr.07\Gutierrez923close     1

1  This is to certify that on ____10/2/2007_____, a copy of this ruling was mailed to the following:

2

3  Richard Gutierrez
   PFN# CNS 503
4  Santa Clara County Jail
   885 N. San Pedro Street
5  San Jose, CA  95110

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order of Dismissal
P:\pro-se\sj.rmw\cr.07\Gutierrez923close            2