IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD GUTIERREZ, | ) | No. C 07-4923 RMW (PR) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| CHIEF E. FLORES, et al., | ) | |
| Defendants. | ) | |

    The court has closed the instant civil rights action because the complaint filed on September 21, 2007 was mistakenly opened as a new case, rather than being filed in plaintiff's pending civil rights action, case no. C 07-3834 RMW (PR). A judgment of dismissal without prejudice is entered. The clerk shall close the file.

    IT IS SO ORDERED.

DATED:  10/1/2007

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

1  This is to certify that on ___10/2/2007_____, a copy of this ruling was mailed to the following:

3  Richard Gutierrez
   PFN# CNS 503
4  Santa Clara County Jail
   885 N. San Pedro Street
5  San Jose, CA  95110

Judgment
P:\pro-se\sj.rmw\cr.07\Gutierrez923jud            2